THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF KENTUCKY


FILED
VANESSA L. ARMSTRONG, CLERK
JAN 29 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MARCUS J. LAWRENCE SR.

V.S.

John B. Brown et. al, )
Brant J. Potter et. al, )
Catharine R. Holderfield et. al, )
John R. Grise et. al, )
Steve A. Wilson et. al, )
Michael O. Buchanon et. al, )
David F. Broderick et. al, )
Glenn E. Acree et. al, )
John D. Minton et. al, )
Thomas B. Russell et. al, )
Steven L. Beshear et. al, )

Torture & Hate Crime Evidence, Victim, Witness, Informant, injured party, movant, affiant & plaintiff.

**JUDICIAL MISCONDUCT, NEGLIGENCE & LEGAL MALPRACTICE COMPLAINT**

CIVIL ACTION NO. 1:15-cv-11-GNS

Marcus J. of the Lawrence family Demands a public United States jury trial (NO EXCEPTION)

Coconspirators, objects, Boss Tyrants, Chief Tortfeasors, Dangerous Terrorist & Violent Criminal Defendants.

★────────────────────★

"Five, Four, Three, Two, One Everybody Run! Here the Fed's come"
YOUR DONE!

I. PARTIES

(A)(1) The plaintiff Marcus J. of the Lawrence family is illegally confined In Violation of The First, Fourth, Fifth, Sixth, Eighth, Thirteenth & Fourteenth Amendments of The United States Federal Constitution & federal Laws in the COMMONWEALTH OF KENTUCKY DEPARTMENT OF CORRECTIONS at THE COMMONWEALTH OF KENTUCKY STATE REFORMATORY on 3001 West Hwy 146, LAGRANGE, KENTUCKY 40031. I am a unlawfully confined naturalized native american as status.

Page 1 of 7 (01/2015)

(B) Defendants.

1. Defendant John B. Brown is employed as a Warren County District Court Judge in Bowling Green, Kentucky. John B. Brown is acting under the color of office, official right & federal Law and is being sued in his individual and official capacity. (Legal Malpractice)

2. Defendant Brent J. Potter is employed as a Warren County District Court Judge in Bowling Green, Kentucky 42101. Brent J. Potter is acting under the color of office, official right & federal Law and is being sued in his individual and official capacity. (Legal Malpractice)

3. Defendant Catherine R. Holderfield is employed as a Warren County District/Division Judge in Bowling Green, Kentucky 42101. Catherine R. Holderfield is acting under the Color of office, Official right & Federal Law and is being sued in her individual and official capacity. (Legal Malpractice)

4. Defendant John R. Grise is employed as a Warren County Chief Circuit Judge in Bowling Green, Kentucky 42101. John R. Grise is acting under the Color of office, Official right & Federal law and is being sued in his individual & official capacity. (Legal Malpractice)

5. Defendant Steve A. Wilson is employed as a Warren County Circuit Judge in Bowling Green, Kentucky 42101. Steve A. Wilson is acting under the Color of office, Official right & Federal Law and is being sued in his individual & official capacity. (Legal Malpractice)

6. Defendant Michael O. Buchanon is employed as The Warren County Judge Executive in Bowling Green, Ky. 42101. Michael O. Buchanon is acting under the color of office, official right & Federal Law and is being sued in his individual and official capacity. (Legal Malpractice)

7. Defendant David F. Broderick is employed as The Warren County Master Commissioner in Bowling Green Ky. 42101. David F. Broderick is acting under the color of office, official right & Federal Law and is being sued in his individual & official capacity. (Legal Malpractice)

Page 2 of 7 (01/2015)

8. Defendant Glenn E. Acree is employed as the Chief Judge of The Commonwealth of Kentucky Court of Appeals in Frankfort, Kentucky 40601. Glenn E Acree is acting under the color of office, official right & Federal Law and is being sued in his individual & official capacity. (Legal Malpractice)

9. Defendant John D. Minton is employed as the Chief Justice of the Commonwealth of Kentucky Supreme Court in Frankfort, Kentucky 40601. John D. Minton is acting under the color of office, official right & Federal Law and is being sued in his individual & official capacity. (Legal Malpractice)

10. Defendant Thomas B. Russell is employed as a United States District Court Senior Judge in Bowling Green, Owensboro & Louisville Kentucky. Thomas B. Russell is acting under the color of office, official right & Federal Law without a registered license and is being sued in his individual & official capacity for legal malpractice.

11. Defendant Steven L. Beshear is employed as the Governor of the State of Kentucky in Frankfort Ky. 40601. Steven L. Beshear is acting under the color of office, official right & Federal Law and is being sued in his individual & official capacity for legal Malpractice.

★————————————★

Let the record reflect that prosecutors, judges, governors, senators or congressman are not immuned to be criminally charged for The Obstruction of Justice for refusing to apply spoliation of evidence sanctions against government officials who have comitted violent offenses on camera with criminal intent. It is a fact it is illegal for anyone to cover up violent assaults, murder attempts, torture, Hate Crimes & Armed Robberys and these eleven government officials are knowingly doing it & I OBJECT!

II. PREVIOUS CIVIL ACTIONS



| MARCUS T. LAWRENCE SR. | ) | Injured Party & Plaintiff. |
|---|---|---|
| V.S. | ) | |
| JACK CONWAY et. al, | ) | Tortfeasors & Defendant, |

Page 3 of 7 (01/2015)

A. Four well plead truthful & valid Civil Action lawsuits have been filed in the United States District Court For the Western District of Kentucky.

B. The Docket numbers are 1:2014-CV-00079-TBR, 1:2014-CV-00177-GNS, 3:2014-CV-00740-JGH & 3:2014-CV-00919-DJH. All fact & valid claims are products of a ongoing conspiracy & continuing offenses. Objection!

C. Judge Dave Whalin, David J. Hale & John G. Heyburn II has been assigned. It is ordered that Thomas B. Russell is arrested for unlawfully and secretly attempting to dismiss the action without any Legal merit. I OBJECT! I have a valid conflict of intrest with Thomas B. Russell and he does not have the AUTHORITY to Overrule, Overthrow, Strike Or dismiss "any" claim for remedies, redress & relief owed to the living man known as Marcus J. of the Lawrence family. Objection! Objection!

D. These Actions are Habeas Corpus & Civil rights petitions.

E. These cases are still pending and IT IS ORDERED that all actions are enjoined and a United States Public Jury Trial date is set without delay.
★——————(NO EXCEPTIONS)——————★

### Introduction & Assertion of Constitutional Rights

1.) Let the record reflect that I the living Man Known as Marcus J. of the Lawrence family am petitioning by civil rights action preserving & reserving all of my civil, statutory & constitutional rights.

2.) Under no circumstance for any person named in this action will I waive any of my common law rights (to due process, confront accusers and a fair trial) over immunities, remedies, relief and benifits. (Secret court proceeding ➡ not allowed)

3.) Therefore if "ANY" person denies relief in violation of my first, fourth, fifth, Sixth, Eighth, Thirteenth & fourteenth rights under the United States Federal Constitution, that person "Will" provide maximum cure as remedy to make me & my family whole & complete again. (NO EXCEPTIONS) $3,000,000,000.00

Page 4 of 7 (01/2015)

## III. DECLARATION OF FACTS & LEGAL CLAIMS

First & Foremost let the court of record reflect that to every ending there is a beginning and to every beginning there is a ending. Unfortunately Violations in this claim is continuing and will never end because the beginning is not being addressed. The beginning of this claim started on July 7th 2011 at 11:30 pm and has continued without any relief or redress for officers comitting violent criminal assaults, battery, torture, hate crimes & armed robbery against me on cameras in direct violation of the Fourth, Fifth, Eighth, Thirteenth & Fourteenth amendments and criminal laws of the United States. OBJECTION!

After Illegally arrested from a Fourth Amendment violation ➡ Officers beat, choked, kicked & tased me while handcuffed eleven times directly in front of a recording camera that was recording years before this event began. Since this event at least a hundred more officers employed by the State of Kentucky & the Commonwealth have joined this conspiracy and comitted criminal acts of retaliation willfully with intent to injure me. OBJECTION!

These Judges have allowed & protected every police officer, jail deputy & Correctional officer who criminally assaulted me on camera. These judges have knowingly allowed these officers to comit violent crimes against me and withhold & destroy all material & physical evidence as retaliation. These judges total refusal to apply discovery sanctions for the spoliation of material & physical evidence is exactly whats a violation of my right to a fair trial & due process. There is no reason to fault the officers because they criminally assault, torture and comit hate crimes, robbery and extortion, comit perjury, cheat, steal & kill on camera, because these judges allow them too. OBJECTION!

Spending this time illegally imprisoned, I realized that the Judges Is responsible for the deprivation of my right to be free from criminal assaults, battery, torture & hate crimes. Its the judges fault I have been subjected to illegal searches & seizure's, double jeopardy, excessive bonds, bail

Page 5 of 7 (01/2015)

fines, taxes, penalty & punishment, cruel, degrading & unusual treatments & punishment, slavery & involuntary servitude and due process violations. It is a fact the only people that has denied me a fair trial since this event in perfect order is John B. Brown, Brent J. Potter, Catharine R. Holderfield, John R. Grise & Steve A. Wilson who work for Michael O. Buchanon who works for David F. Brodarick who all work for Governor Steven Beshear. I have sent complaints and court orders to Glenn E Acree, John D. Minton & Thomas B. Russell and they have denied all relief that must be given under the law. OBJECTION!

I have all the dates & times these events happened and some names but it does not matter because everyday, every hour, every minute & every second is a continued assault, battery, torture, hate crime, armed robbery and criminal extortion against me. It is a fact what officers done wrong to me on camera has turned me & my familys life into a living hell and everyday from July 7th 2011 is going to be compensated for. Every second is a hate crime & torture & I OBJECT!

It is a Fact that Monday January 19th of 2015 is exactly 1,291 days, 30,984 hours, 1,859,040 minutes & 111,540,400 seconds of personal injury, pain and suffering without any relief.

MEMORANDUM

It is a fact that once a person becomes a member of a conspiracy he or she can be held responsible for all that has been done by all coconspirators. See e.g., U.S. v. Adamo, 742 F.2d 927 certiorari denied Freeman v. United States, 105 S.Ct. 971, 469 U.S. 1193, 83 L.Ed.2d 975.

there is "NO" applicable Federal statue of limitations in continuance of a conspiracy to recover damages for personal Injury ← See e.g., Moffatt v. Commerce trust Co., Mo. 1949, 87 F.Supp. 483, Certiorari denied 72 S.Ct. 32, 342 U.S. 818, 96 L.Ed. 618.

It is a fact that since this event every "person" paid & employed by Steven L. Beshear, Michael O. Buchanon, David F. Broderick, The Commonwealth and Kentucky have & will continue to act under concert & conspiracy, therefore Marcus J. of the Lawrence family is entitled to sue the entire group & "enterprise" of tortfeasors for compensatory damages. See eg., Western District of Kentucky 1987; Dawson v Bristol Laboratories, 658 F. Supp. 1036. See eg., Title 18 U.S.C.A § 1961(3)&(4)

## IV. REDRESS, REMEDY & DEMANDED RELIEF

1. Compensatory damages in the amount of: $100,000,000.00
2. Grant injunctive & declaratory relief by immediate release from this illegal imprisonment & the expungal of all records with extreme prejudice without Delay.
3. Award Punitive damages in the amount of: $100,000,000.00
4. Award Personal Injury damages in the amount of: $100,000,000.00
5. Award Nominal damages in the amount of $33,100,000,000.00
6. The recorded video tape of these officers tasing me 11 times while handcuffed for no damn reason. The deal is off without the video tape. "You showing that."

## V.

I verify under penalty of perjury that all statements & claims In all civil right petitions & complaints are facts, true and correct This 23rd day of January 2015

01/23/2015

MARCUS J. LAWRENCE SR.